UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MICHAEL JOSEPH DIXON**

**VERSUS**

**STATE OF LOUISIANA,**
**In the Interest of BOBBY GEAN DUNAWAY**

**CIVIL ACTION**

**NO. 14-726-JWD-RLB**

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued May 24, 2016, to which an objection was filed:

**IT IS ORDERED** that the Plaintiff's complaint is dismissed without prejudice pursuant to Local Rule 41(b)(1) for failure to prosecute.

Signed in Baton Rouge, Louisiana, on June 10, 2016.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**